# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-34116-DM |
| STEVE SCHECHNER § | |
| SANDRA SCHECHNER § | |
| DEBTOR § | |
| § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**CitiMortgage, Inc.**  **Residential Credit Solutions**
Name of Transferee  Name of Transferor

Name and Address where notices to transferee  Court Claim # (if known): 1
Should be sent:  Amount of Claim: $632,374.81
 Date Claim Filed: 10/29/2010
CitiMortgage, Inc.
P.O. Box 140609
Irving, Texas  75014

 Phone:_____
Name and Address where transferee payments should  Last Four Digits of Acct.# 9600
be sent (if different from above):

CitiMortgage, Inc.
P.O. Box 688971
Des Moines, Iowa  50368


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Paul W. Cervenka  Date: 8-1-11
 Transferee/Transferee's Agent

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the __1__ day of __August__ 20__11__ via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Steve Schechner
20 Timberhill Court
Pacifica, California 94044

Sandra Schechner
20 Timberhill Court
Pacifica California 94044

**Debtors' Attorney**
Anita Steburg
Steburg Law Firm
1754 Technology Drive #236
San Jose, California 95110


Office of the United States Trustee
250 Montgomery Street, Suite 1000
San Francisco, California 94104-3401

Chapter 13 Trustee
David Burchard
393 Vintage Park Drive Suite 150 / Post Office Box 8059
Foster City, California 94404


/s/ Paul W. Cervenka
Paul W. Cervenka

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE
1
7426-N-0237